JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ANTHONY AKINS, | Case No. CV 10-1754-JST (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: May 11, 2012

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE